**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1863**

———————

GWENDOLYN D. SCOTT,

           Plaintiff – Appellant,

      v.

PETE GEREN, Secretary of The Army,

           Defendant – Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
District Judge.   (4:08-cv-00021-RBS-FBS)

———————

Submitted:  December 11, 2008      Decided:  December 15, 2008

———————

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gwendolyn D. Scott, Appellant Pro Se.   Kent Pendleton Porter,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gwendolyn D. Scott appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(1) motion to dismiss her complaint alleging race discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Scott v. Geren, No. 4:08-cv-00021-RBS-FBS (E.D. Va. filed July 11, 2008; entered July 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2